UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

STEPHANIE BATTEN SCHREIBER,          CASE NO.: 8:22-bk-03452-CPM

                                            CHAPTER 13

    Debtor(s).

_____/

**CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
*Subject Property: 1116 EAST OAKWOOD STREET, TARPON SPRINGS, FL 34689*

Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Creditor"), through its undersigned counsel and pursuant to 11 U.S.C. § 1325, hereby objects to confirmation of the Debtor's, Stephanie Batten Schreiber ("Debtor"), Chapter 13 Plan [D.E. 3], and in support thereof, states:

**Summary of Objection**:

The Debtor's Chapter 13 Plan fails to comply with the requirements imposed by the Bankruptcy Code as it does not adequately protect the Creditor's secured interest in the subject property and conform to the Debtor's contractual obligations under the Note and Mortgage.

**Summary of Facts**:

The Debtor filed this voluntary Chapter 13 proceeding on August 25, 2022. The Creditor is a secured creditor, holding a security interest in the subject property located at 1116 EAST OAKWOOD STREET, TARPON SPRINGS, FL 34689 (the "Property"). This is the Debtor's second bankruptcy filing with a prior Bankruptcy filed on June 12, 2019 in Case No. 19-05558 which was dismissed due to failure to confirm the plan on December 27, 2019.

**The Plan Fails to Conform to the Creditor's Business Records**:

The Plan fails to provide any payment to the Creditor or designate a secured claim on the subject property instead listing the property under Section C(5)(e) stating the lien is to avoided or stripped. The

Claims Bar Date is 11/03/2022. Upon information and belief, Creditor will file a Proof of Claim evidencing its lien on the Property, with a total amount due of approximately $335,451.19, current regular monthly payments of $1,604.40 (as of August 30, 2022), and arrearages in excess of $240,744.65.

Creditor objects initially to the designation in the Plan as a lien to be stripped/avoided as this is homestead property and the first mortgage to which the anti-modification provisions of 11 U.S.C. Section 1322(b)(2) would be applicable. Creditor also asserts its claim as a secured claim on the property to which repayment must be made in conformity with its Proof of Claim upon being filed, or the Debtor may surrender or pay Creditor directly outside the Plan.

**The Plan is Not Feasible**:

Based on a review of the Debtor's schedules and the Plan, the Creditor objects to the feasibility of this Plan and requests this Court to require the Debtor to establish the feasibility. The Debtor has stated in their petition Schedule I an income gross of $3,967.00. The Creditor's arrears as of petition filing date are in the amount of $240,744.65 with contractual payments due of $1,604.40. Thus taking the arrears of $240,744.65 over 60 months would be $4,012.41 plus the contractual amount leaving a monthly payment due of $5,616.81 which is well in excess of the Debtor's income demonstrating an absence of viability in being able to support plan payments.

**WHEREFORE**, Creditor, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, respectfully requests this Court to deny the confirmation of the Debtor's Chapter 13 Plan, require the Debtor(s) to conform the Plan to the Creditors records or surrender the subject property and for any such further relief this Court deems proper and just.

Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor (SHD No. 1461-187772)**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By:  /s/ Ida A. Moghimi-Kian
     Ida A. Moghimi-Kian
     Florida Bar No.56395
     IMoghimi-Kian@dallegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, September 21, 2022, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

STEPHANIE BATTEN SCHREIBER
1116 E OAKWOOD STREET
TARPON SPRINGS, FL 34689
*Pro Se Debtor(s)*

JON M.WAAGE
PO BOX 25001
BRADENTON, FL 34206
*Trustee*

UNITED STATES TRUSTEE - FTM 7/13
TIMBERLAKE ANNEX, SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

        Diaz Anselmo & Associates, P.A.
        **Attorneys for Creditor (SHD No. 1461-187772)**
        P.O. BOX 19519
        Fort Lauderdale, FL 33318
        Phone: (954) 564-0071
        Fax:  (954) 564-9252
        By:  /s/ Ida A. Moghimi-Kian
           Ida A. Moghimi-Kian
           Florida Bar No.56395
           IMoghimi-Kian@dallegal.com