[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: March 7, 2023**

_Catherine M. Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                        Case No.
                                                                              8:22–bk–03452–CPM
                                                                              Chapter 7

Stephanie Batten Schreiber

_____Debtor*_____/

### _ORDER OVERRULING OBJECTION TO CLAIM_

THIS CASE came on for consideration, without hearing, of the Objection to Claim No. 2 of U.S. Bank National Association filed by the Debtor , Doc. # 65 . After review, the Court determines that the objection is deficient as follows:

Service upon the insured depository institution by certified mail addressed to the attention of an officer of the institution is not indicated. Fed R. Bankr. P. 7004(h).

Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007–1(b).

The description of the claim in the Objection (the identity of the claimant or the claim number) does not correspond to the description of the claim in the body of the Objection.

The Objection does not refer to the correct claim number.

Accordingly it is

***ORDERED:***

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.