Filed Via Mail
MAR 15 2023
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
3 Pages Scanned by BEP

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
801 NORTH FLORIDA AVENUE
TAMPA, FL 33602

CASE NO. 22-03452

Chapter 7

DEBTOR – STEPHANIE SCHREIBER

Date Mailed to Court – 13 March, 2023 via US Mail – Delivery Confirmation
_____/

## MOTION TO DISMISS CASE

**Comes Now**, Stephanie Schreiber, Debtor in United States Middle District of Florida Bankruptcy Court Case 22-3452, and Defendant in Pinellas County Florida Civil Case 14-006208-CI, a self-represented debtor with no legal experience, appearing by special appearance only for the limited purpose of Motioning the United States Middle District of Florida Bankruptcy Court to Dismiss the current Chapter 7 bankruptcy

**Movant**, Stephanie Schreiber, requests an entry of an order dismissing this case and states:

1. Debtor converted this case from Chapter 13 to Chapter 7 in December 2022 / January 2023

2. Movant is Debtor

3. Movant seeks dismissal of this case because no debts involved would be affected by either continuing with this case or dismissal

Wherefore, Movant respectfully requests that the Court enter an order dismissing this case and for such further relief as the Court deems appropriate

Respectfully Submitted,

_____
Stephanie Schreiber

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail, electronic mail, or through the eService system of this court this 13th Day of March, 2023 to all parties on the attached service list. All parties for whom an e-mail address has not been designated or a mailing address is not available are hereby notified that a copy of the served document may be obtained, on request, from the clerk of court or from the party serving the document.

                                                        By:    Stephanie Schreiber
                                                                  pro se Debtor
                                                                  1116 E Oakwood Street
                                                                 Tarpon Springs, FL  34689

## SERVICE LIST
Case No. 14-006208-CI

United States Bankruptcy Court
Middle District of Florida
801 North Florida Ave
Tampa, FL  33602

1116 E. Oakwood Street
Tarpon Springs, FL 34689





7022 0410 0002 9756 7143

13 MAR 20

RDC 23

33602

U.S. POSTAGE PAID
FCM LETTER
TARPON SPRINGS, FL
34689
MAR 13, 23
AMOUNT
**$4.78**
R2304E105093-12

MOTION ENCLOSED

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
801 NORTH FLORIDA AVENUE
TAMPA, FL  33602

33602-389999